NO. 07-11-0098-CV

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL C

 

MARCH 29, 2011

______________________________

 

 

IN RE HARVEY BRAMLETT, JR. AND JASON BLAKENEY, RELATORS

 

_________________________________

 

ORIGINAL PROCEEDING

ARISING FROM THE 108TH DISTRICT COURT OF POTTER
COUNTY

NO. 099017-00-E; HONORABLE DOUGLAS WOODBURN, JUDGE

_______________________________

 

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ..

MEMORANDUM OPINION

            By this original proceeding, Relators, Harvey Bramlett, Jr.,
and Jason Blakeney, both inmates proceeding pro se and in forma pauperis, sought to compel the
Honorable Douglas Woodburn, Judge of the 108th District Court of Potter County,
to recuse himself from their suit against the Texas
Department of Criminal Justice and certain named employees of the Department
and to rule on a myriad of motions pending in the trial court.  Now pending in this proceeding is Relators' Motion to
Dismiss Mandamus[1] in
which they represent that Judge Woodburn has issued a ruling in the underlying
suit which they intend to appeal. 

            Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant Relators' request and dismiss the petition for writ of mandamus.  Having dismissed this proceeding at the
request of Relators, no motion for rehearing will be
entertained. 

 

 

                                                                                    Patrick
A. Pirtle

                                                                                          Justice

 

 

 











[1]The
motion to dismiss was filed on March 24, 2011. 
This Court invokes Rule 2 of the Texas Rules of Appellate Procedure to
suspend the operation of Rule 10.3(a).